

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Acting through City Public Service Board of San Antonio
a/k/a CPS Energy
Appellant

v.

**CASEY INDUSTRIAL, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's Order on Motion to Dismiss for Lack of Jurisdiction is REVERSED and a dismissal of Casey Industrial, Inc.'s claims against appellant for schedule compression, additional steel costs, steel painting, and miscellaneous costs for reworking Wheelabrator Air Pollution Control, Inc.'s work is RENDERED.  The cause is REMANDED for further proceedings.

It is ORDERED that appellant recover its costs of appeal from appellee.

SIGNED July 1, 2015.

_____
Sandee Bryan Marion, Chief Justice